FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

AUG 2 0 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

PLAINTIFF

v.

Rivera, Francisco Javier

DEFENDANT(S).

CASE NUMBER

SA 10-333 M-5

### ORDER OF TEMPORARY DETENTION
### PENDING HEARING PURSUANT
### TO BAIL REFORM ACT

Upon motion of _____ def _____, IT IS ORDERED that a detention hearing is set for _____ Wed, Aug 25 2010 _____, at _2:00_ ☐ a.m. / ☒ p.m. before the Honorable _____ Robert N Block _____, in Courtroom _6B_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.

(Other custodial officer)

Dated: _8/20/10_                                    ROBERT N. BLOCK

U.S. District Judge/Magistrate Judge